# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE MARTIN HASTINGS,
LAS VEGAS MUNICIPAL COURT,
DEPT. 6, CLARK COUNTY, STATE OF
NEVADA.

No. 78271

FILED

MAY 08 2019

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on March 6, 2019, with the filing of a certified copy of the Findings of Fact, Conclusions of Law and Order Imposing Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the supreme court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc: William B. Terry, Chartered
Nevada Commission on Judicial Discipline

19-20217